**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EDUARDO INCHAUSTEQUI,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SBJC CRIMINAL DIVISION FSB18004900,<br><br>　　　　　Respondent. | CASE NO. EDCV 21-01837-CJC(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 1, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE